# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**
*Plaintiff*,

v.                                CRIMINAL NO. 19-10043 (STA)

**MARY BOND,**
*Defendant*.

## MOTION FOR CHANGE OF PLEA

**COMES NOW** the defendant, *Mary Bond,* represented by the Federal Public Defender for the Western District of Tennessee, Jackson Division, and through undersigned counsel, LaRonda R. Martin, and respectfully states as follows:

1. The parties have reached a plea agreement. The plea will be pursuant to this agreement.

2. Ms. Bond requests the setting of a hearing at which time she will change her previously entered plea of not guilty to guilty.

3. The parties further request the Court schedule the Change of Plea hearing on **August 3, 2021 or August 6, 2021.**

**WHEREFORE,** it is respectfully requested that this Honorable Court take notice of the above and that a change of plea hearing be scheduled.

**I HEREBY CERTIFY** that on this date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

**RESPECTFULLY SUBMITTED,**

In Jackson, Tennessee, 16th day of July, 2021.

**DORIS RANDLE-HOLT**
**Federal Public Defender**
**Western District of Tennessee**

*S/LaRonda R. Martin*
**LaRonda R. Martin**
**Assistant Federal Public Defender**
**109 South Highland Avenue, Room 105**
**Jackson, Tennessee 38301**
**Tel. (731) 427-2556/ Fax (731) 427-3052**
**E-mail: Laronda_Martin@fd.org**