IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Cr. No. 1:19-cr-10043-STA |
| | ) | |
| JAY SHIRES, M.D. and | ) | |
| LORAN KARLOSKY, M.D. | ) | |

**GOVERNMENT'S STATUS REPORT FOR HEARING SCHEDULED FOR SEPTEMBER 10, 2021**

The government respectfully submits this status report in advance of the hearing set for September 10, 2021 (Dkt. 240), as required in the Order Granting Joint Motion for Report and Status Hearing (Dkt. 239).

Defendants Karlosky (Dkt. 252) and Shires (Dkt. 253) have submitted Status Reports identifying Dr. Karlosky's motion for a continuance, COVID-19 protocols and precautions, and certain scheduling and logistical matters pertaining to pretrial motions and hearings. The government has nothing further it wishes to raise with the Court at this juncture.

Respectfully Submitted,

By:    */s/ Drew Pennebaker*
**Andrew Pennebaker (TX Bar #24083645)**
Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section
(202) 597-0683
Andrew.Pennebaker@usdoj.gov

**Emily Petro (TN BPR No. 032306)**
Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section
110 9th Avenue South, Suite A-961

Nashville, TN 37203  
(202) 510-5189  
Emily.Petro@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was forwarded via ECF to the attorneys for the Defendants on September 1, 2021.

*/s/ Drew Pennebaker*